# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 26-cv-0611-WJM

HARKIRAT SINGH,

    Petitioner,

v.

JUAN BALTASAR, in his official capacity as Warden of the Denver Contract Detention Facility, *et al*.

    Respondents.

---

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

---

Before the Court is Petitioner Harkirat Singh's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241 ("Petition") (ECF No. 1), Motion for Temporary Restraining Order and/or Preliminary Injunction ("Motion") (ECF No. 2); and Notice of Motion for Temporary Restraining Order and Preliminary Injunction ("Notice") (ECF No. 3).

Upon review of the Petition, it is ORDERED that Petitioner shall serve Respondents Juan Baltazar, in his official capacity as Warden of the Denver Contract Detention Facility; Todd Lyons, in his official capacity as Acting Director of Immigration and Customs Enforcement ("ICE"); Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security; and Pamela Bondi, in her official capacity as Attorney General of the United States Department of Justice, with a copy of the Petition, the Motion, the Notice, and all accompanying papers, along with a copy of this Order, **by electronic mail on or before February 19, 2026**.

Petitioner shall forthwith file proof of such service on the docket, and counsel for Respondents shall forthwith thereafter enter their notices of appearance.

The Court further ORDERS Respondents to Show Cause why both the Petition and the Motion should not be granted by no later than **February 27, 2026**.  Upon receipt of this Response, the Court will determine whether it will require a Reply from the Petitioner.

Dated this 17th day of February, 2026.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge